UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-2756 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Extension of Time and, for the reasons set forth therein and good cause shown, it is, this ___ day of _____, 2022,

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendants shall file a responsive pleading on or before December 2, 2022.

_____
UNITED STATES DISTRICT JUDGE