**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br>     Plaintiff,<br>v.<br>FEDERAL ENERGY REGULATORY COMMISSION,<br>     Defendant. | Civil Action No. 22-2756 (CKK) |
| INSTITUTE FOR ENERGY RESEARCH,<br>     Plaintiff<br>v.<br>FEDERAL ENERGY REGULATORY COMMISSION,<br>     Defendant | Civil Action No. 22-3419 (CKK) |

**ORDER CONSOLIDATING CASES**
(March 24, 2023)

The Court is in receipt of the parties' [15] Joint Status Report in the first captioned matter. Therein, the parties propose consolidating these two cases in light of the similarity of the issues. The parties further propose that forthcoming dispositive briefing be consolidated. In consideration thereof, the Court finds that the cases involve common issues of fact and law, that they pertain to the same underlying actions, and that the interests of judicial economy, efficiency and conservation of costs will be served by consolidation. Therefore, in accordance with Federal Rule of Civil Procedure 42(a), it is, this 24th day of March, 2023 hereby,

**ORDERED** that Civ. A. No. 22-2756 and Civ. A. No. 3419 are **CONSOLIDATED** for all purposes. It is further

**ORDERED**, that the parties shall adhere to the briefing schedule set forth in Civ. A. No. 22-3419. All future filings in these consolidated cases shall be made only in Case No. 22-3419. The parties shall make no additional filings in Case No. 22-2756, and the Clerk of Court is respectfully is directed to close Civ. A. No. 22-2756.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge