**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

INSTITUTE FOR ENERGY RESEARCH,

      Plaintiff,

      v.

FEDERAL ENERGY REGULATORY
COMMISSION,

      Defendant.

Civil Action No. 22-2756 (CKK)

**ORDER**
(July 25, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, the Court

**GRANTS** Defendant's [17] Motion for Summary Judgment and ORDERS that this case be

dismissed.

      **SO ORDERED**.

Date: July 25, 2024

/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

1